# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** | 24-5691 (consolidated with 24-5493)

**Case Name** | Ninth Inning Inc., et al. v. National Football League, Inc, et al.

**Counsel submitting this form** | Theodore J. Boutrous, Jr.

**Represented party/parties** | National Football League et al.

*Briefly describe the dispute that gave rise to this lawsuit.*

Appellants alleged that the National Football League, NFL Enterprises LLC, and the Individual NFL Clubs (the "NFL Appellees/Conditional Cross-Appellants") violated the antitrust laws and sought monetary damages and injunctive relief.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  Rev. 09/01/22

*Briefly describe the result below and the main issues on appeal.*

In June 2024, a jury found the NFL Appellees/Conditional Cross-Appellants liable on Appellants' claims under § 1 and § 2 of the Sherman Act and awarded $96,928,272.90 in damages to a class of commercial "Sunday Ticket" subscribers, as well as $4,610,331,671.74 in damages to a class of residential "Sunday Ticket" subscribers. Thereafter, the NFL Appellees/Conditional Cross-Appellants moved for judgment as a matter of law, or alternatively for a new trial, on various grounds, including on the ground that Appellants' experts should not have been allowed to testify at trial because their testimony was unreliable, unscientific, and incoherent, and the remaining, properly admitted evidence was insufficient to support the jury's verdict. The district court agreed, and granted the NFL Appellees/Conditional Cross-Appellants judgment as a matter of law. In the alternative, the district court held that the NFL Appellees/Conditional Cross-Appellants were entitled to a new trial based on the jury's irrational damages award.

While the district court granted full relief to the NFL Appellees/Conditional Cross-Appellants, they have filed a conditional cross-appeal to preserve their rights if both the district court's order granting them judgment as a matter of law and its alternative grant of a new trial are reversed on appeal.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

On September 13, 2024, Appellants filed a motion asking the district court to certify the judgment below as a partial final judgment under Federal Rule of Civil Procedure 54(b). Appellants argue therein that the claims they asserted against Defendants Direct TV, LLC, and DirecTV Holdings, LLC, remain unresolved because they have been stayed since the district court granted those Defendants' motion to compel arbitration. The NFL Appellees/Conditional Cross-Appellants took no position on that motion, and the motion remains pending.

**Signature** /s/ Theodore J. Boutrous, Jr. **Date** 09/23/2024

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** Rev. 09/01/22

2