**FILED**

JUN 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>NINTH INNING INC., doing business as The Mucky Duck; for itself and for all others similarly situated; et al.,<br><br>        Plaintiffs – Appellants/<br>        Cross-Appellees,<br><br> v.<br><br>NATIONAL FOOTBALL LEAGUE, INC; et al.,<br><br>        Defendants – Appellees/<br>        Cross-Appellants. | Nos. 24-5493, 24-5691<br><br>D.C. No. 2:15-ml-02668-PSG-SK<br>Central District of California, Los Angeles<br><br>ORDER |

The amicus brief submitted by Alden F. Abbott, et al. is filed.

Within 7 days of this order, amici must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The

regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT